## DOGGETT v. PRICER et al.

No. 13623—Opinion Filed July 1, 1924.

**1. Appeal and Error — Absence of Answer Brief—Reversal.**

If the plaintiff in error serves and files brief in a cause which reasonably tends to support the errors assigned for reversal, and the defendant in error fails to file brief in accordance with the rules, this court will not search the record for some theory upon which to sustain the judgment, but will reverse and remand the cause for new trial.

**2. Same.**

Record examined; held, that the brief and argument of plaintiff in error reasonably tends to support the errors assigned for reversal.

(Syllabus by Stephenson, C.)

Commissioners' Opinion, Division No. 4.

Error from District Court, Noble County; C. C. Smith, Judge.

Action by John J. Pricer against E. E. Doggett et al., for debt and foreclosure of mechanics' lien. Judgment in favor of plaintiff and against E. E. Doggett, and the latter appeals. Reversed and remanded.

H. A. Johnson, for plaintiff in error.

Johnson & Johnson, for defendant in error.

Opinion by STEPHENSON, C. John J. Pricer commenced his action against E. E. Doggett as the owner of certain premises, for debt and foreclosure of mechanics' lien thereon. Other laborers who had filed liens

were joined as defendants. In the trial of the cause judgment went for the plaintiff and other defendants, allowing recovery for labor and foreclosure of mechanics' lien against the owner. The defendant prefected his appeal from the judgment to this court in which certain proceedings had in the trial court were assigned as error for reversal. The plaintiff in error has served and filed his brief which reasonably supports the errors assigned. If the plaintiff in error serves and files brief on appeal which supports the grounds assigned for reversal, and defendant in error fails to file answer brief in the cause in accordance with the rules of the court, or extension of time allowed by the court for filing brief, the record will not be examined and searched for some theory upon which to support the judgment of the trial court, but the cause will be reversed and remanded for new trial.

By the Court: It is so ordered.